UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TIMOTHY DOYLE YOUNG, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 23-cv-02138 (UNA) |
| | ) |
| MERRICK GARLAND, *et al.*, | ) |
| | ) |
| Defendants. | ) |

### ORDER

Plaintiff, a federal prisoner appearing *pro se*, has submitted a complaint and a motion for leave to proceed *in forma pauperis*. The three-strike provision of the Prison Litigation Reform Act, 28 U.S.C. § 1915(g), bars a prisoner from bringing a civil action *in forma pauperis* in federal court when he has accumulated at least three prior dismissals while incarcerated on the ground that the action fails to state a claim upon which relief may be granted or is frivolous or malicious. Plaintiff has reached the three-strike limit. *Young v. DOJ*, No. 08-5191 (D.C. Cir. June 25, 2009) (attached); *see also Young v. Madison, Couns.*, 133 S. Ct. 619 (2012) ("As petitioner has repeatedly abused this Court's process, the Clerk is directed not to accept any further petitions in noncriminal matters from petitioner unless the docketing fee . . . is paid[.]"). Plaintiff has not shown that he "is under imminent danger of serious physical injury" to proceed under the statutory exception. *See* 28 U.S.C. § 1915(g).

Accordingly, it is

**ORDERED** that Plaintiff's motion for leave to proceed *in forma pauperis*, ECF No. 2, is **DENIED**; it is further

**ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE** to reopening should Plaintiff pay the $402 filing fee for civil actions and move to reopen the case.

Date: August 30, 2023

_____
CARL J. NICHOLS
United States District Judge